FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; THE WILDERNESS SOCIETY; DEFENDERS OF WILDLIFE; NATIONAL AUDUBON SOCIETY; WILDERNESS WATCH; CENTER FOR BIOLOGICAL DIVERSITY; NATIONAL WILDLIFE REFUGE ASSOCIATION; ALASKA WILDERNESS LEAGUE; SIERRA CLUB,  Plaintiffs-Appellees,  v.  DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE,  Defendants-Appellants,  and  KING COVE CORPORATION; AGDAAGUX TRIBE OF KING COVE; NATIVE VILLAGE OF BELKOFSKI; STATE OF ALASKA,  Intervenor-Defendants. | No. 20-35721  D.C. No. 3:19-cv-00216-JWS District of Alaska, Anchorage  **ORDER** |

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; THE WILDERNESS SOCIETY; DEFENDERS OF WILDLIFE; NATIONAL AUDUBON SOCIETY; WILDERNESS WATCH; CENTER FOR BIOLOGICAL DIVERSITY; NATIONAL WILDLIFE REFUGE ASSOCIATION; ALASKA WILDERNESS LEAGUE; SIERRA CLUB, Plaintiffs-Appellees, v. DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE, Defendants, STATE OF ALASKA, Intervenor-Defendant, and KING COVE CORPORATION; AGDAAGUX TRIBE OF KING COVE; NATIVE VILLAGE OF BELKOFSKI, Intervenor-Defendants-Appellants. | No. 20-35727 D.C. No. 3:19-cv-00216-JWS |

| | |
|---|---|
| FRIENDS OF ALASKA NATIONAL WILDLIFE REFUGES; THE WILDERNESS SOCIETY; DEFENDERS OF WILDLIFE; NATIONAL AUDUBON SOCIETY; WILDERNESS WATCH; CENTER FOR BIOLOGICAL DIVERSITY; NATIONAL WILDLIFE REFUGE ASSOCIATION; ALASKA WILDERNESS LEAGUE; SIERRA CLUB, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants, <br><br> KING COVE CORPORATION; AGDAAGUX TRIBE OF KING COVE; NATIVE VILLAGE OF BELKOFSKI, <br><br> Intervenor-Defendants, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant-Appellant. | No. 20-35728 <br><br> D.C. No. 3:19-cv-00216-JWS |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge VanDyke did not participate in the deliberations or vote in this case.